```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
                                  :
UNITED STATES OF AMERICA          :
                                  :
           - v. -                 :
                                  :   SEALED INDICTMENT
                                  :
JORGE HERNANDEZ GUTIERREZ LOAIZA, :   S1 07 Cr. 758
OMAR ELKIN DE JESUS MUNOZ MADRID, :
FREDY FERNEY GONZALEZ MONSALVE,   :
LEDUAN ARANGO MAZO,               :
WILLIAM ALBEIRO CASTANO ALZATE,   :
JOSE FERNANDO BETANCOURT-CASTRILLON, :
JOSE FERNANDO GOMEZ-CORREA, and   :
JUAN VICENTE MARROQUIN-CARVAJAL,  :
                                  :
                                  :
              Defendants.         :
- - - - - - - - - - - - - - - - -x
```



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/24/07
```

## COUNT ONE

The Grand Jury charges:

1. From at least in or about December 2006 up to and including on or about June 12, 2007, in the Southern District of New York and elsewhere, JORGE HERNANDEZ GUTIERREZ LOAIZA, OMAR ELKIN DE JESUS MUNOZ MADRID, FREDY FERNEY GONZALEZ MONSALVE, LEDUAN ARANGO MAZO, WILLIAM ALBEIRO CASTANO ALZATE, JOSE FERNANDO BETANCOURT-CASTRILLON, JOSE FERNANDO GOMEZ-CORREA, and JUAN VICENTE MARROQUIN-CARVAJAL, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that

1

JORGE HERNANDEZ GUTIERREZ LOAIZA, OMAR ELKIN DE JESUS MUNOZ MADRID, FREDY FERNEY GONZALEZ MONSALVE, LEDUAN ARANGO MAZO, WILLIAM ALBEIRO CASTANO ALZATE, JOSE FERNANDO BETANCOURT-CASTRILLON, JOSE FERNANDO GOMEZ-CORREA, and JUAN VICENTE MARROQUIN-CARVAJAL, the defendants, and others known and unknown, would and did distribute, and possess with intent to distribute, a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21, United States Code.

OVERT ACTS

3.   In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

  a.   On or about March 31, 2007, JORGE HERNANDEZ GUTIERREZ LOAIZA and WILLIAM ALBEIRO CASTANO ALZATE, the defendants, met with a confidential informant to inspect a warehouse in Bogota, Colombia to be used for the transfer of approximately 300 kilograms of cocaine.

  b.   On or about April 9, 2007, FREDY FERNEY GONZALEZ MONSALVE, LEDUAN ARANGO MAZO, and JOSE FERNANDO GOMEZ-CORREA, the defendants, delivered approximately 300 kilograms of cocaine to a warehouse in Bogota, Colombia ("the warehouse"), so that the cocaine could be transported out of Colombia ("the 300

kilograms of cocaine").

    c. On or about April 9, 2007, JUAN VICENTE MARROQUIN-CARVAJAL, the defendant, who owned the warehouse where the 300 kilograms of cocaine were delivered, authorized its use for that purpose.

    d. On or about May 10, 2007, a co-conspirator not named as a defendant herein ("CC-1"), went to a storage facility in the vicinity of 200 East 135th Street, in the Bronx, New York, to inspect, and make arrangements to deliver, the 300 kilograms of cocaine.

    e. On or about May 10, 2007, OMAR ELKIN DE JESUS MUNOZ MADRID, the defendant, called CC-1 in New York, New York and discussed CC-1's trip to the storage facility to inspect the 300 kilograms of cocaine.

    f. On or about May 10, 2007, JOSE FERNANDO BETANCOURT-CASTRILLON, the defendant, received a call from OMAR ELKIN DE JESUS MUNOZ MADRID, the defendant, in which MADRID and BETANCOURT-CASTRILLON discussed the 300 kilograms of cocaine.

    (Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION

    4. As a result of committing the controlled substance offense alleged in Count One of this Indictment, JORGE HERNANDEZ GUTIERREZ LOAIZA, OMAR ELKIN DE JESUS MUNOZ MADRID, FREDY FERNEY GONZALEZ MONSALVE, LEDUAN ARANGO MAZO, WILLIAM ALBEIRO CASTANO ALZATE, JOSE FERNANDO BETANCOURT-CASTRILLON, JOSE FERNANDO GOMEZ-

CORREA, and JUAN VICENTE MARROQUIN-CARVAJAL, the defendants, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment.

<u>Substitute Asset Provision</u>

     5.   If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants --

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third person;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846 and 853.)


_____        _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

- v. -

JORGE HERNANDEZ GUTIERREZ LOAIZA,
OMAR ELKIN DE JESUS MUNOZ MADRID,
FREDY FERNEY GONZALEZ MONSALVE,
LEDUAN ARANGO MAZO,
WILLIAM ALBEIRO CASTANO ALZATE,
JOSE FERNANDO BETANCOURT-CASTRILLON,
JOSE FERNANDO GOMEZ-CORREA, and
JUAN VICENTE MARROQUIN-CARVAJAL

Defendants.

### INDICTMENT

07 Cr. ___

(Title 21 Sections 841(a)(1), 846 and 853)

Michael J. Garcia
United States Attorney.

**A TRUE BILL**

_____
Foreperson.